IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICIA COPUS,

     Plaintiff,                        JUDGMENT IN A CIVIL CASE

v.                                 13-cv-228-wmc

TRAJAN A. PENN,

     Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Patricia Copus's request for leave to proceed *in forma pauperis* and dismissing this case for failure to state a claim upon which relief may be granted.

| /s/ | 12/18/2013 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |